IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00380-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN N. YOHO,

    Defendant.

---

## ORDER TRANSFERRING CASE

    It has come to the Court's attention that the two appeals in this matter, both arising from sentencing rulings, have been assigned to different judges. Given that Judge Robert Blackburn is the Article III judge handling Durango criminal matters, it is appropriate that Judge Blackburn handle both appeals in this matter. Wherefore, it is

    **ORDERED** that, pursuant to D.C.COLO.LCrR 50.1(a) and with the approval of Chief Judge Marcia S. Krieger, this case is transferred to Judge Robert E. Blackburn.

    DATED January 15, 2016.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge